FILED
CLERK, U.S. DISTRICT COURT

MAY 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         )<br>           Plaintiff, )<br>         )<br>   vs.   )<br>         )<br> JUANA Domingo Juan )<br>         )<br>           Defendant. )<br>_____ ) | Case No.: CR 08-295 GHK-5<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br> 18 U.S.C. § 3143(a)] |

 The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist of Cal. for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

 The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

 The Court finds that:

A. ( ✓ ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___See PSA report___

and/or

B.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: See PSA report

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 5-16-14

_____
UNITES STATES MAGISTRATE JUDGE